**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cynthia Patterson,

    Plaintiff

v.

Portfolio Recovery Associates, LLC,

    Defendants

Case No.: 2:24-cv-00100-JAD-MDC

**Order for Joint Status Report**

    In 2016, plaintiff Cynthia Patterson initiated a lawsuit against Portfolio Recovery Associates, LLC (PRA) for alleged violations of the Telephone Consumer Protection Act and the Fair Debt Collection Practices Act.[1] But because hundreds of similar suits were pending across the country, Patterson's case was rolled into a multidistrict litigation (MDL) track in the Southern District of California.[2] In January 2024, the consolidated pretrial proceedings had been completed, so Patterson's case was remanded to this court.[3] It's hard to discern from the MDL docket what is left to do in this case following remand. The parties haven't filed anything since remand, PRA hasn't appeared, and the court is aware that Patterson's listed attorney has passed away.

    In light of these obstacles, I order the parties to file a joint status report summarizing the relevant procedural history of the multidistrict litigation and explaining what, if anything, is left of this lawsuit. I direct the Clerk of Court to send copies of this order to some of the attorneys listed as representing PRA in the multidistrict litigation, as well as the late Mr. David Krieger

---

[1] ECF No. 1. *See also* ECF No. 1 in Case No. 2:16-cv-00509-JAD-VCF, the originally filed case.

[2] ECF No. 6 at 1 (conditional-transfer order).

[3] ECF Nos. 52, 53-1 (conditional remand orders).

Esq.'s law office, in the hopes that the right attorneys are made aware of the existence of this action.

## Conclusion

IT IS THEREFORE ORDERED that the parties to this action **must file a joint status report by July 5, 2024**, summarizing the relevant procedural history of the multidistrict litigation and explaining what, if anything, is left of this lawsuit following remand from the MDL.

**The Clerk of Court is directed to mail a copy of this order to**:

Krieger Law Group, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, NV 89148

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144

Portfolio Recovery Associates, LLC
Office of General Counsel
130 Corporate Boulevard
Norfolk, VA 23502

_____
U.S. District Judge Jennifer A. Dorsey
June 5, 2024